UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CAPRIOLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and DARA KHOSROWSHAHI,<br><br>Defendants. | Case No. 1:19-cv-11941-IT |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendants Uber Technologies, Inc. and Dara Khosrowshahi (collectively, "Defendants") respectfully withdraw their Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 10) ("Motion to Compel), filed on October 17, 2019.

1. Defendants filed the Motion to Compel as to the claims asserted in Plaintiff John Capriole's Complaint (Dkt. No. 1), filed on September 12, 2019.

2. On March 18, 2020, the Court granted Plaintiff's Emergency Motion for Leave to file an amended complaint (Dkt. No. 39). Plaintiff filed his First Amended Complaint (Dkt. No. 40) ("FAC") on March 19, 2020, which adds factual allegations and a legal claim for paid leave under the Massachusetts Earned Sick Time Law, Mass. Gen. L. c. 149 § 148. Dkt. No. 40 ¶¶ 2–6, 33, 41, 44, 49.

3. The filing of Plaintiff's FAC mooted Defendants' Motion to Compel. *See Medidata Sols., Inc. v. Veeva Sys. Inc.*, 748 F. App'x 363, 365 (2d Cir. 2018) (summary order) (an amended complaint "supersedes the original and renders it of no legal effect" and "will

generally moot" a motion to compel); *Adamou v. Doyle*, 674 F. App'x 50, 52 (2d Cir. 2017) (summary order) (concluding a motion to compel "became moot upon the filing of [an] amended complaint because the operative facts changed and therefore any relief [the court] might order would relate to a complaint that no longer has any legal effect").  Defendants intend to file a new motion to compel arbitration of Plaintiff's claims in the FAC.

4. Accordingly, Defendants hereby withdraw their Motion to Compel.

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*

Theane Evangelis (admitted *pro hac vice*)
Heather Richardson (admitted *pro hac vice*)
Brandon J. Stoker (admitted *pro hac vice*)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
tevangelis@gibsondunn.com
hrichardson@gibsondunn.com

Joshua S. Lipshutz (BBO No. 675305)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
jlipshutz@gibsondunn.com

Attorneys for Defendants UBER
TECHNOLOGIES, INC., and
DARA KHOSROWSHAHI

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2020, I filed the foregoing document with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

*/s/ Josh Lipshutz*

Joshua S. Lipshutz (BBO No. 675305)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
jlipshutz@gibsondunn.com

Counsel for Defendants UBER TECHNOLOGIES, INC. and DARA KHOSROWSHAHI