# United States Court of Appeals
## For the First Circuit

No. 20-1386

JOHN CAPRIOLE, individually and on behalf of others similarly situated,

Plaintiff, Appellant,

v.

UBER TECHNOLOGIES, INC.; DARA KHOSROWSHAHI,

Defendants, Appellees.

**JUDGMENT**

Entered: March 23, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is dismissed for lack of jurisdiction.

By the Court:

Maria R. Hamilton, Clerk

cc:
Shannon Erika Liss-Riordan
Adelaide H. Pagano
Anne R. Kramer
Anastasia Doherty
Joshua S. Lipshutz
Theane Evangelis
Blaine Evanson
James W. Simpson Jr.